UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, the STATE of INDIANA, and the COMMONWEALTH OF MASSACHUSETTS *ex rel.* JANE DOE,<br>　　　　　Plaintiffs<br><br>v.<br><br>CLEANSLATE CENTERS, INC., et al.,<br>　　　　　Defendants. | No. 17-cv-30038-MGM<br><br>FILED UNDER SEAL<br>PURSUANT TO 31 U.S.C. § 3730 |

**NOTICE BY THE UNITED STATES THAT**
**IT IS NOT INTERVENING AT THIS TIME**

As of this date, despite its best efforts, the United States has yet to complete its evaluation of this matter, and, as such, is not able to decide whether to intervene in the action at present. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's evaluation of this matter will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued

by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Complaint, this Notice, and the attached proposed Order be unsealed. In addition, the Government requests that Notice of the Commonwealth of Massachusetts of Its Election to Intervene and Ex Parte Request to Unseal the Action, filed by the Commonwealth of Massachusetts in this matter, and related Order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. A proposed order accompanies this Notice.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        ANDREW E. LELLING
        United States Attorney

By:    */s/ Christopher Morgan*
      Christopher Morgan (BBO No. 666679)
      Assistant U.S. Attorney
      United States Attorney's Office
      300 State Street, Suite 230
      Springfield, MA 01105
      (413) 785-0269
      Christopher.morgan2@usdoj.gov

Date: July 28, 2020

## CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2020, I caused the foregoing document to be sent via electronic mail to:

Kevin Lownds
Gregoire Ucuz
Assistant Attorneys General
One Ashburton Place
Boston, Massachusetts 02108
*Counsel for the Commonwealth*

Lawrence J. Carcare II, Deputy Attorney General
Office of Attorney General Curtis Hill
8005 Castleway Drive
Indianapolis, IN 46250
*Counsel for the State of Indiana*

Robert M. Thomas, Jr.
Thomas & Associates
20 Park Plaza, Suite 438
Boston, MA 02116

Suzanne E. Durrell
Durrell Law Office
180 Williams Avenue
Milton, MA 02186

David W.S. Lieberman
Powderhouse Law, LLC
24 Powder House Terrace, #1
Somerville, MA 02144
*Counsel for Relator*

**Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because this case is still under seal.**

Dated: July 28, 2020

/s/ *Christopher Morgan*
Christopher Morgan
Assistant U.S. Attorney