UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE of INDIANA, and the COMMONWEALTH OF MASSACHUSETTS, ex rel. JANE DOE,<br>　　　　　　　Plaintiffs<br><br>v.<br><br>CLEANSLATE CENTERS, INC., et al.,<br>　　　　　　　Defendants | Civil Action No. 17-cv-30038-MGM<br><br>**FILED UNDER SEAL**<br>**PURSUANT TO 31 U.S.C. § 3730** |

### ORDER

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint be unsealed and promptly served upon the defendants by the relator pursuant to Federal Rule of Civil Procedure 4(m);

2. all other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order, the Notice of the United States That It Is Not Intervening At This Time, which the relator will serve upon the defendants only after unsealing and service of the Complaint, the Notice of the Commonwealth of Massachusetts of Its Election to Intervene and Ex Parte Request to Unseal the Action, and the Order related to the Commonwealth's Notice;

3. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action for good cause at any time;

4. the parties shall serve all notices of appeal upon the United States;

5. all orders of this Court will be sent to the United States; and

6. should the relator, the Commonwealth, or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS FURTHER ORDERED that the United States may share this Order with the relator and counsel for the relator.

IT IS SO ORDERED,

This _____ day of _____, 2020.

_____
HON. MARK G. MASTROIANNI
UNITED STATES DISTRICT JUDGE