UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE of INDIANA, and the COMMONWEALTH OF MASSACHUSETTS, *ex rel.* JANE DOE,<br>　　　　　Plaintiffs<br><br>　　　v.<br><br>CLEANSLATE CENTERS, INC., et al.,<br>　　　　　Defendants | Civil Action No. 17-cv-30038-MGM |

## [PROPOSED] STIPULATED SCHEDULING ORDER

**IT IS HEREBY STIPULATED** that this matter will proceed as follows:

**I. Complaints**

  a. <u>Commonwealth's Complaint in Intervention.</u> The Commonwealth shall file its complaint in intervention by October 16, 2020.

  b. <u>Relator's Amended Complaint.</u> The Relator shall file any amended complaint by October 16, 2020.

**II. Responsive Pleadings**

  a. Any responsive pleading to (i) the to-be-filed Commonwealth's complaint in intervention or (ii) the to-be-filed Relator's amended complaint, or both, shall be filed by December 7, 2020. If any motion to dismiss is filed, oppositions must be filed by January 22, 2021, and replies must be filed by February 5, 2021.

**IT IS SO ORDERED.**

Dated: August 17, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARK G. MASTROIANNI
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED.**

Dated: August 14, 2020　　　　　　　　　　　　　　Respectfully submitted,

For the Commonwealth

**MAURA HEALEY
ATTORNEY GENERAL**

By: */s/ Kevin Lownds*
Kevin Lownds (BBO # 685274)
Gregoire Ucuz (BBO # 704015)
Assistant Attorneys General
One Ashburton Place
Boston, Massachusetts 02108
Tel: (617) 727-2000
kevin.lownds@mass.gov
gregoire.ucuz@mass.gov


For the Relator

**WHISTLEBLOWER LAW
COLLABORATIVE**

By: */s/ Suzanne E. Durrell (w/consent)*
Robert M. Thomas, Jr.
Suzanne E. Durrell
David W.S. Lieberman
20 Park Plaza, Suite 438
Boston, Massachusetts 02116
Tel.: (617) 366-2800
bob@thomasdurrell.com
suzanne@thomasdurrell.com
david@thomasdurrell.com


For CleanSlate Centers, Inc.

By: */s/ Mark Pearlstein (w/ consent)*
Mark Pearlstein (BBO # 542064)
Laura McLane (BBO # 644573)
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58
Boston, Massachusetts 02116
Tel: (617) 535-4425
mpearlstein@mwe.com
lmclane@mwe.com

For Amanda Wilson

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

By: */s/ Carol E. Heckman (w/ consent)*
Carol E. Heckman, Esq.
*Counsel for Defendant Amanda Wilson*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
T: (716) 853-5100
F: (716) 853-5199
checkman@lippes.com